UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:16-cr-00123-TWP-DML |
| | ) |
| ROBERTO S. MACIAS, | )  -06 |
| | ) |
| Defendant. | ) |

**Order Denying Request for Appointment of Counsel as Moot**

Defendant filed a pro se letter that the Court construed as a Motion for Compassionate Release under the First Step Act of 2018. (Dkt. 888). In the letter, Defendant asked the Court to appoint attorney Kenneth Riggins to represent him. *Id.* Unfortunately, a defendant is unable to choose his appointed counsel. As per the Courts protocol on providing counsel in requests for compassionate release, the Court has appointed the Indiana Federal Community Defender's Office to represent Defendant. (Dkt. 889). Because counsel has been appointed, Defendant's request for appointment of counsel is **denied as moot**. The Indiana Federal Defender's Office members will determine which specific attorney will be appointed to represent Defendant.

   **IT IS SO ORDERED.**

Date:  5/18/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Roberto S. Macias
Reg. No. 15222-028
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

All Electronically Registered Counsel

Sara Varner
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

United States Attorney's Office
Attn: Bob Wood
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048