UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00123-TWP-DML |
| | ) | |
| ROBERTO S. MACIAS, | ) | -06 |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 13, 2020, Defendant filed a pro se motion that the Court construed as a Motion

for Compassionate Release under Section 603 of the First Step Act of 2018. Dkt. 888. The Court

appointed counsel to represent Defendant. Dkt. 889. Counsel appeared and filed an amended

motion for compassionate release on Defendant's behalf. Dkt. 896.

On February 9, 2021, Defendant's counsel moved to withdraw Defendant's motions for

compassionate release, stating that Defendant wishes to withdraw his motions because he has been

released from prison to a halfway house. Counsel also asked to withdraw his appearance. The

motion, dkt. [905], is **granted**. Defendant's motions for compassionate release, dkts. 888 and 896,

are **withdrawn**. The **clerk** is **directed** to terminate the motions at Dkts. 888 and 896. In addition,

it is **ORDERED** that the appearance of Kenneth L. Riggins shall be withdrawn as counsel for

Defendant.

**IT IS SO ORDERED.**

Date:  2/10/2021

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**<u>Distribution:</u>**

All Electronically Registered Counsel